**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> CHARMAINE JONES <br><br> Debtor(s) | Case No. 10-36019 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/12/2010.

2) The plan was confirmed on 12/08/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2011, 08/15/2013.

5) The case was dismissed on 09/13/2013.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,230.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,480.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,480.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $196.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,196.73**

Attorney fees paid and disclosed by debtor:        $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFORSOURCE LP | Unsecured | 1,253.00 | NA | NA | 0.00 | 0.00 |
| AMSTERDAM | Unsecured | 193.00 | 177.18 | 177.18 | 9.51 | 0.00 |
| AT&T INC | Unsecured | 178.00 | 280.90 | 280.90 | 15.08 | 0.00 |
| BANK OF AMERICA | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| BLACK ENTERPRISES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| BRAVO & SAN JUAN | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY ONE | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,494.00 | 936.00 | 936.00 | 50.25 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 1,608.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 931.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 996.00 | 996.00 | 53.48 | 0.00 |
| CMMG MEDICAL SPECIALISTS EMER | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| CRESTHILL CASH ADVANCE | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYSIC | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL SERVICES | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GUIDANCE RECOVERY SERVICES | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| HERTZ CORPORATION | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| HOME LOAN SERVICES INC | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 5,800.00 | 5,800.00 | 5,800.00 | 311.42 | 0.00 |
| LINEBARGER GOGGAN BLAIR ET AL | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| MOBILE CELLUTIONS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 250.00 | 250.00 | 13.42 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 317.00 | 266.76 | 266.76 | 14.32 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,744.00 | NA | NA | 0.00 | 0.00 |
| PEDIAGROUP ASSOC | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ANES ASSOC LTD | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| PHILLIPS FLOWERS & GIFTS | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,820.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 886.00 | 846.08 | 846.08 | 45.43 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 9.00 | 301.00 | 301.00 | 16.16 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 507.00 | 506.20 | 506.20 | 27.18 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 142.00 | 141.27 | 141.27 | 7.58 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,094.00 | 1,038.36 | 1,038.36 | 55.75 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| TITLE LENDERS | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC | Unsecured | 2,140.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 12,115.00 | 12,360.96 | 12,360.96 | 663.69 | 0.00 |
| VEOLIA ENVIRONMENTAL SERVICES | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WELTMAN WEINBERG & REIS CO | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,900.71** | **$1,283.27** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,196.73 |
| Disbursements to Creditors | $1,283.27 |
| **TOTAL DISBURSEMENTS :** | **$4,480.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/14/2013                    By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**